**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL  ACTION  NO. 3:10-00038-03

DOUGLAS E. YOUNG
          also known as "Lucky"

**ORDER**

Pending is the Defendant's Motion to Revoke Detention Order (Doc. 43).  The Court heard argument on the motion on March 31, 2010. As stated on record during the hearing, the Court **GRANTS** the Defendant's motion.  Defendant is not a flight risk and he has established that he is not a risk to the community, as a result of a serious and debilitating medical problem.  Defendant's medical issues, and the assertion that he is not a risk to the community were corroborated by his physical appearance at the time of the hearing, where his infirmity was obvious.  Further, the continued detention of Defendant (as he must be moved to a medical facility in South Carolina) would greatly interfere with his ability to communicate with counsel.  The Court **FINDS**, after considering the relevant factors of 18 U.S.C. § 3142, that there is a reasonable alternative to detention to ensure the safety of others in the community and the future appearance of Defendant.

The Court **ORDERS** that Defendant be subject to home detention and all of the standard conditions and terms of home detention.  Additionally, the Court **DIRECTS** the probation office to consider the use of electronic monitoring and impose it upon Defendant at their discretion. Finally, the Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the U.S. Attorney's Office, the U.S. Probation Office, and the U.S. Marshals' Service.

ENTER:        March 31, 2010

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE